IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| RUSSELL JACK GRISHAM, | CIVIL NO. 13-00656 DKW-KSC |
| Debtor-Appellant, | **ORDER DISMISSING CASE** |
| vs. | |
| U.S. TRUSTEE, c/o Tiffany L. Carroll, CARRINGTON MORTGAGE SERVICES, LLC; WELLS FARGO BANK; AOAO ALA WAI MANSION; ALA WAI MANSION, INC.; STATE OF HAWAII, DEPARTMENT OF TAXATION; ROBERT MOORE; AOAO THE WINDSOR, JOHN SPADARO; LAW OFFICE OF DEREK K. KAIAMA, | |
| Creditor-Appellees. | |

## ORDER DISMISSING CASE

On November 21, 2013, Debtor-Appellant Russell Jack Grisham filed a

Notice of Appeal from Bankruptcy Court and an Application to Proceed in District

Court Without Prepaying Fees or Costs ("Application").   The Application was

denied in a November 29, 2013 Order.   Dkt. No. 3.   Thereafter, the Clerk of Court

1

sent Grisham a letter dated December 11, 2013, instructing him to pay the statutory

filing fee of $298 to the United States Bankruptcy Court by December 27, 2013.   To

date, Grisham has failed to (1) pay the required filing fee, (2) file a designation of

items to be included in the record, (3) request a transcript for the hearing held on

October 4, 2013, or (4) file a statement of issues presented, as required by Fed. R.

Bankr. P. 8006.

On January 22, 2014, the Court ordered Debtor-Appellant Grisham to

show cause why this appeal should not be dismissed for failure to prosecute by

**February 5, 2014**.   The Court also cautioned Debtor-Appellant Grisham that

failure to respond to the Order to Show Cause would result in the dismissal of the

appeal.   As of the date of this order, Debtor-Appellant Grisham has not responded

to the Order to Show Cause.   Accordingly, the Court HEREBY DISMISSES this

//               //


//               //


//               //


//               //

bankruptcy appeal for failure to prosecute.   The Clerk's Office is directed to close this case.

IT IS SO ORDERED.

DATED:   February 6, 2014 at Honolulu, Hawai'i.



_____
Derrick K. Watson
United States District Judge

_____

Russell Jack Grisham v. U.S. Trustee, et al., CV 13-00656 DKW-KSC; ORDER
DISMISSING CASE