IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| RUSSELL JACK GRISHAM,<br><br>        Debtor-Appellant,<br><br>    vs.<br><br>U.S. TRUSTEE, c/o Tiffany L. Carroll; CARRINGTON MORTGAGE SERVICES, LLC; WELLS FARGO BANK; AOAO ALA WAI MANSION; ALA WAI MANSION, INC.; STATE OF HAWAII, DEPARTMENT OF TAXATION; ROBERT MOORE; AOAO THE WINDSOR, JOHN SPADARO; LAW OFFICE OF DEREK K. KAIAMA,<br><br>        Creditor-Appellees. | CIVIL NO. 13-00656 DKW-KSC<br><br>**ORDER DISMISSING CASE** |

**ORDER DISMISSING CASE**

On November 21, 2013, Debtor-Appellant Russell Jack Grisham filed a Notice of Appeal from Bankruptcy Court and an Application to Proceed in District Court Without Prepaying Fees or Costs ("Application").  The Application was denied in a November 29, 2013 Order.  Dkt. No. 3.  Thereafter, the Clerk of Court

1

sent Grisham a letter dated December 11, 2013, instructing him to pay the statutory filing fee of $298 to the United States Bankruptcy Court by December 27, 2013.  To date, Grisham has failed to (1) pay the required filing fee, (2) file a designation of items to be included in the record, (3) request a transcript for the hearing held on October 4, 2013, or (4) file a statement of issues presented, as required by Fed. R. Bankr. P. 8006.

On January 22, 2014, the Court ordered Debtor-Appellant Grisham to show cause why this appeal should not be dismissed for failure to prosecute by **February 5, 2014**.  The Court also cautioned Debtor-Appellant Grisham that failure to respond to the Order to Show Cause would result in the dismissal of the appeal.  As of the date of this order, Debtor-Appellant Grisham has not responded to the Order to Show Cause.  Accordingly, the Court HEREBY DISMISSES this

//         //

//         //

//         //

//         //

bankruptcy appeal for failure to prosecute.   The Clerk's Office is directed to close this case.

        IT IS SO ORDERED.

        DATED:   February 6, 2014 at Honolulu, Hawai'i.



Derrick K. Watson
United States District Judge

---

Russell Jack Grisham v. U.S. Trustee, et al., CV 13-00656 DKW-KSC; ORDER DISMISSING CASE